UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAM WORRELL,

Plaintiff,

-v.-

76 FULTON STREET LLC and 76 FULTON STREET CUBAN, LLC,

Defendants.

26 Civ. 6228 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case has been assigned to this Court for all purposes. In the Court's experience, cases of this nature often benefit from early mediation. To that end, by separate Order to be entered today, the Court is referring this case to the Court-annexed Mediation Program.

**Counsel who have entered an appearance as of the date of this Order are directed to (1) notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules and Practices forthwith; and (2) file proof of such notice with the Court.** If unaware of the identity of counsel for those parties who have not yet appeared, counsel receiving this Order must forthwith send a copy of this Order and the Court's Individual Rules and Practices to those parties personally.

In addition, Plaintiff shall file an executed waiver of service or proof of service by **September 16, 2026**.

SO ORDERED.

Dated: September 13, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge